MARY KIEFER, as Administratrix, etc., Respondent, v. THE GRAND TRUNK RAILWAY COMPANY OF CANADA, Appellant.

(Argued June 17, 1890; decided June 24, 1890.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made October 1, 1889, which affirmed an order of Special Term opening default and vacating judgment dismissing complaint.

*E. C. Sprague* for appellant.

*J. W. Russel* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

STEPHEN VAN RENSSELAER, Appellant, v. JOHN JOST SHAFER, Respondent.

THIS case was argued and decided with *Van Rensselaer* v. *Wright* (*ante p.* 626), the appeal herein being dismissed for the reasons stated in the opinion in that case.

WILLIAM H. WAITE, Respondent, v. NANCY HARRIET SIMONS et al., Defendants, THOS. W. KILEY, Purchaser, Appellant.

(Argued June 17, 1890; decided June 24, 1890.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 28, 1889, which affirmed an order of Special Term requiring the purchaser to complete his purchase of certain premises upon sale under a judgment of partition and sale herein.

*Joseph A. Jackson, Jr.,* for appellant.

*Charles H. Luscomb* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.